JC/PDK: USAO 2021R00735

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. TDC-21-486 |
| TAHER M. TAHER, | * (Assault on a Federal Officer, |
| | * 18 U.S.C. § 111(a)(1) and (b); Reckless |
| Defendant | * Driving, 36 C.F.R. § 4.2, Assimilating |
| | * Md. Transp. Art. § 21-901.1(a); |
| | * Fleeing or Eluding Police, 36 C.F.R. |
| | * § 4.2, Assimilating Md. Transp. Art. |
| | * § 21-904(b)(1), (d)(1), and (f)(2); |
| | * Unregistered Vehicle, 36 C.F.R. § 4.2, |
| | * Assimilating Md. Transp. Art. § 13- |
| | * 401(d)) |

\*\*\*\*\*\*\*

## SUPERSEDING INDICTMENT

### COUNT ONE
### (Assault on a Federal Officer)

The Grand Jury for the District of Maryland charges that:

On or about November 18, 2021, in the District of Maryland, the defendant,

**TAHER M. TAHER,**

did, using a deadly and dangerous weapon, forcibly assault, resist, oppose, impede, intimidate and interfere with Victim 1, a United States Park Police officer, while Victim 1 was engaged in and on account of the performance of Victim 1's official duties, and such acts involved physical contact with Victim 1 and inflicted bodily injury on Victim 1.

18 U.S.C. § 111(a)(1) and (b)

## COUNT TWO
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about November 18, 2021, in the District of Maryland, the defendant,

**TAHER M. TAHER,**

on lands administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

## COUNT THREE
### (Fleeing or Eluding Police)

The Grand Jury for the District of Maryland further charges that:

On or about November 18, 2021, in the District of Maryland, the defendant,

**TAHER M. TAHER**,

on lands administered by the National Park Service, willfully failed to stop his vehicle after a United States Park Police officer gave him a visual and audible signal to stop and the United States Park Police officer was in uniform, prominently displaying their badge or other insignia of office, and it resulted in bodily injury to another person.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-904(b)(1), (d)(1), and (f)(2)

## COUNT FOUR
### (Unregistered Vehicle)

The Grand Jury for the District of Maryland further charges that:

On or about November 18, 2021, in the District of Maryland, the defendant,

**TAHER M. TAHER,**

on lands administered by the National Park Service, did drive a motor vehicle for which the required registration fee for the vehicle had not been paid in violation of Md. Transp. Art. § 13-401(d).

36 C.F.R. § 4.2,
Md. Transp. Art. § 13-401(d).

_Erek L. Barron_
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

12/21/22
Date